

U.S. Department of Justice

United States Attorney

District of Delaware

*Patricia C. Hannigan*
*Direct Dial: 302-573-6277x156*
*Facsimile: 302-573-6643*

1007 Orange Street
Suite 700
Wilmington, Delaware 19899-2046
(302) 573-6277

May 9, 2006

U.S. District Court
Attn: Intake Desk
844 N. King Street
Wilmington, DE 19801

U.S. DISTRICT COURT - DE
MISC. CASE # 06-99

Re:  United States v. Conswalla U. Shavers, M.D.

Dear Sir/Madam:

Enclosed for filing is a certified copy of a Judgment by Default regarding the above referenced individual.

Pursuant to the authority provided in Public Law 102-408, Section 707(h)(3), we request you register this Judgment in the U.S. District Court. Please also advise us of the docket number assigned by so indicating on the attached copies which we also request be date-stamped and returned to this office.

If you have any questions, please contact Renee A. Austin, Paralegal Specialist, at 302-573-6277.

Thank you for your cooperation and assistance in this matter.

Very truly yours,

COLM F. CONNOLLY
United States Attorney

By:  _____
PATRICIA C. HANNIGAN
Assistant U.S. Attorney
Delaware Bar I.D. No. 2145

Enclosure

File No. 2006Z00039

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : MISCELLANEOUS NO. 06-99 |
| CONSWALLA U. SHAVERS, M.D., | : |
| Defendant | : |

**PRAECIPE TO FILE CERTIFIED JUDGMENT**

TO THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Please file the attached Certified Assignment of Judgment in the District Court for the District of Delaware in favor of the United States of America, Plaintiff, and against **CONSWALLA U. SHAVERS, M.D.,** defendant, originally entered as Case No. 2005-NT-1005, on April 8, 2005, in the Court of Common Pleas of Dauphin County, Pennsylvania, in the amount of $23,148.46, less costs in the amount of $0.00, plus interest from the date of Judgment at the rate of 4.375% computed daily and compounded annually until paid in full, plus costs of suit, the balance being $24,160.22 as of May 9, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
PATRICIA C. HANNIGAN
Assistant United States Attorney
Delaware Bar I.D. No. 2145

## ASSIGNMENT OF JUDGMENT

I, Patricia Walton, representing Pennsylvania Higher Education Assistance Agency (PHEAA), Assignor, in consideration of the insurance claim paid by the United States of America to PHEAA, hereby assign to the United States Department of Health and Human Services, Assignee, the judgment recovered on April 8, 2005, docketed in the Court of Common Pleas of Dauphin County, Pennsylvania, Civil Action No. 2005-NT-1005, against **CONSWALLA U. SHAVERS,** Social Security No. 1692, in the amount of $23,148.46, less costs in the amount of $0.00.

Assignor authorizes the Assignee to ask, demand, receive, and to sue out executions and take all lawful ways for recovery of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of America from enforcing this judgment.

The Pennsylvania Higher Education Assistance Agency's address and phone number is: 1200 North Seventh Street, Harrisburg, PA 17102, 1-800-233-0557.

The United States Department of Health and Human Services' address and phone number is: 5600 Fishers Lane, Room 2B-60, Rockville, MD 20857, 301-443-1782.

I have executed this assignment at PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102 this 18th day of April, 2005.

_____
Patricia Walton

IN THE COURT OF COMMON PLEAS OF
DAUPHIN COUNTY, PENNSYLVANIA
CIVIL DIVISION

Pennsylvania Higher Education
Assistance Agency,
        Plaintiff

    v.

Conswalla U. Shavers,
        Defendant

No. 2005 NT 1005

Term,

**NOTICE OF ORDER, JUDGMENT OR DECREE**

( )    Plaintiff

( )    Defendant

You are hereby notified that the following Order, Judgment, or Decree has been entered against you on _____ day of _____, 2005 in the above-captioned case.

(X)    Judgment in the amount of $23,148.46, plus interest accrued at 4.375%

( )    Decree in Divorce

( )    Decree Nisi in Equity

( )    Final Decree in Equity

( )    Justice of the Peace Transcript in Trespass in the amount of _____ Plus Costs.

( )    If not satisfied within sixty (60) days, your motor vehicle operator's license will be suspended by the Department of Transportation, Bureau of Traffic Safety, Harrisburg, Pennsylvania.

( )    Entry of Judgment of
                       ( )  Non-Suit of
                       ( )  Non-Pros
                       ( )  Default
                       ( )  Verdict
                       ( )  Arbitration Award

( )    Justice of the Peace Transcript in Assumpsit in the amount of _____ Plus Costs

_Stephen C. Hanna_
Prothonotary

APR 08 2005

_April M. Snyder_
Deputy

(Applicable brackets have been checked)
**THIS NOTICE IS NOT A DEMAND FOR PAYMENT**

IN THE COURT OF COMMON PLEAS OF
DAUPHIN COUNTY, PENNSYLVANIA
CIVIL DIVISION

| | | |
|---|---|---|
| Pennsylvania Higher Education Assistance Agency, | : | |
| Plaintiff | : | No. 2005 NT 1005 |
| | : | |
| v. | : | Term |
| | : | |
| Conswalla U. Shavers, | : | |
| Defendant | : | |

## PRAECIPE FOR JUDGMENT
## PROTHONOTARY

TO:

      You are hereby directed to enter judgment in favor of the above named Plaintiff(s) and against the Defendant(s) in the principal sum of $22,468.71 plus interest of $679.75 from the 30th day of April, 2004, through the 7th day of April, 2005, for the total amount of $23,148.46, plus interest accruing at 4.375%.

_____
Plaintiff, Attorney, or Agent

      AND NOW, this _____ day of _____, 2005, judgment is entered in favor of the Plaintiff and against the Defendant in the amount of $23,148.46.

I hereby certify that the residence of the Plaintiff(s) is:

      1200 North Seventh Street
      Dauphin County
      Harrisburg, PA 17102-1444

And that the last known precise residence of the Defendant(s) is:

      2809 W. Queen Lane, Apt. 404
      Philadelphia County
      Philadelphia, PA 19129

_____
Plaintiff, Attorney, or Agent

2005 NT 1005

# IN THE COURT OF COMMON PLEAS OF

# DAUPHIN COUNTY, PENNSYLVANIA

| | |
|---|---|
| Pennsylvania Higher Education Assistance Agency,<br>    Plaintiff | Civil Division<br><br>Case Number |
| v. | Praecipe for Entry of Judgment |
| Conswalla U. Shavers,<br>    Defendant | Filed on Behalf of –<br>Plaintiff<br><br>Name, Address and Telephone of – |

__X__ Counsel of Record

_____ Individual, Pro Se

K. Kevin Murphy, Esquire
Deputy Chief Counsel - PHEAA
1200 North Seventh Street
Harrisburg, PA 17102-1444
(717) 720-2661
Attorney's State ID # 44712

APR 0 8 2005

I hereby certify that the foregoing is a true and correct copy of the original filed.

_Stephen C. Herrera_
Prothonotary

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe to File Certified Judgment was served upon defendant by depositing same in the United States mail, postage prepaid, this 9th day of May, 2006, addressed to:

**CONSWALLA U. SHAVERS, M.D.**
8 Barkston Way
New Castle, DE 19720

PATRICIA C. HANNIGAN
Assistant United States Attorney